[No. 8641-7-II. Division Two. January 26, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN R. BRINK, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-1-00401-9, Karen B. Conoley, J., entered April 3, 1985. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.

[No. 8961-1-II. Division Two. January 26, 1987.]

STAATZ BULB FARMS, INC., *Respondent,* v. THE CITY OF TACOMA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-2-02445-9, E. Albert Morrison, J., entered June 14, 1985. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 7896-1-II. Division Two. January 27, 1987.]

O.C.W., INC., ET AL, *Appellants,* v. HAROLD DEJONG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 10987, James D. Roper, J., entered June 15, 1984. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.